EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2019 TSPR 194 |
| Luis R. Rivera Rodríguez | 203 DPR \_\_\_\_\_ |

Número del Caso: TS-7,373


Fecha: 16 de octubre de 2019


Abogados de la parte peticionaria:

     Lcdo. Mario Rodríguez Torres
     Lcdo. Guillermo Figueroa Prieto


Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Luis R. Rivera Rodríguez          **Núm**. TS-7,373

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de octubre de 2019

Examinada la *Moción solicitando reinstalación*, presentada por el Sr. Luis Rafael Rivera Rodríguez, se provee ha lugar.

Se le ordena al Secretario de este Tribunal registrar el cambio en el Registro Único de Abogados y Abogadas (RÚA) de abogado "inactivo" a "activo".

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo